**EDWARD P. MANGANO**
County Executive

**JOHN CIAMPOLI**
County Attorney

DONNA A. NAPOLITANO
Deputy Bureau Chief



**COUNTY OF NASSAU**
**OFFICE OF THE COUNTY ATTORNEY**
**One West Street**
**Mineola, New York 11501-4820**
**516-571-3027/FAX: 516-571-3058**

August 6, 2010

**Via ECF**
Honorable Sandra J. Feuerstein
United States District Court Judge
United States District Court
100 Federal Plaza
Central Islip, New York 11722

> **RE:** **Bridgwood v. County of Nassau et al.**
> **10-CV-0830 (SJF)(ETB)**

Dear Judge Feuerstein:

This office represents Defendants, County of Nassau and The Nassau County Department of Corrections (hereinafter "County Defendants") in the above-referenced matter. We write at this time, in accordance with Your Honor's Individual Practice Rules (specifically 4B), to advise the Court of service upon Plaintiff of our motion for a stay of all proceedings in this action. We seek this stay pending the resolution of the criminal prosecution of Defendant Barber which is pending before the County Court, Nassau County.

Plaintiff filed a complaint and then filed and served her amended complaint on March 2, 2010. County Defendants filed and served their answer on June 14, 2010. An initial conference is scheduled before Your Honor on September 22, 2010. Plaintiff's complaint alleges that Defendant Barber, while employed at the Nassau County Correctional Center, subjected her to inappropriate and improper sexual behavior. As a result of Plaintiff's allegations and similar allegations brought by the Plaintiffs in the matter recently reassigned to Your Honor (Docket No. 10-CV-2632), the Nassau County District Attorney's Office investigated Defendant Barber. Their investigation led to his arrest in December 2009 and a four-month presentment of evidence to the Grand Jury beginning in April 2010. Upon an affirmation of Assistant District Attorney Bernadette Ford, the Grand Jury took action on July 27, 2010 and an indictment is imminent.

Therefore, in light of the impending indictment and in full support of the Nassau County District Attorney's Office, County Defendants served the following documents upon Plaintiff's counsel on August 6, 2010:

- Notice of Motion
- Declaration of Donna A. Napolitano, Esq.
- Exhibit A, Affirmation of Assistant District Attorney Bernadette Ford
- Memorandum of Law

Should the Court require any further information regarding this matter, please feel free to contact the undersigned.

Respectfully submitted,
/s/ *Donna A. Napolitano*
Donna A. Napolitano

cc:    Steven Hoffner, Esq.