# EXHIBIT A

Case 2:10-cv-00830-AKT     Document 17-3     Filed 08/25/10     Page 1 of 2 PageID #: 82

Case 2:10-cv-00830-SJF-ETB   Document 6   Filed 06/08/10   Page 1 of 1

UNITED STATES DISTRICT COURT/EASTERN DISTRICT OF NEW YORK   Attorney   STEVEN ALAN HOFFNER, ESQ

TINA BRIDGWOOD

Plaintiff(s)

Index # CV 10- 0830 (FEUERSTEIN)

- against -

COUNTY OF NASSAU, ETAL

Defendant(s)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK  ss.

BRUCE KUSTKA BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on May 19, 2010 at 10:15 AM at

22 PIPER LANE
PRIVATE HOUSE
LEVITTOWN, NY 11756

deponent served the within FIRST AMENDED SUMMONS AND FIRST AMENDED COMPLAINT on MARK BARBER  SUED INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY therein named,

**AFFIXING TO DOOR** by affixing a true copy of each to the door of said premises, which is the Defendant's dwelling house/usual place of abode within the state. Deponent was unable, with due diligence to find the Defendant or a person of suitable age and discretion, thereat, having called there on:

May 15, 2010  AT  7:03 AM          May 17, 2010  AT  6:12 PM

May 19, 2010  AT  10:15 AM

**MAILING** Deponent enclosed a copy of same in a postpaid wrapper properly addressed to the Defendant at the Defendant's last known residence at

22 PIPER LANE
LEVITTOWN, NY 11756

and deposited said wrapper in a post office or official depository under exclusive care and custody of the United States Postal Service within New York State on May 25, 2010 by REGULAR FIRST CLASS MAIL in an envelope marked PERSONAL & CONFIDENTIAL and not indicating on the outside thereof, by return address or otherwise that the communication is from an attorney or concerns an action against the person to be served.

Spoke with JAMES HILL, NEIGHBOR at 19 PIPER LANE LEVITTOWN NY who stated that the Defendant lives at the afforementioned address but was unable to divulge the Defendant's place of employment

**MILITARY SERVICE** Person spoken to was asked whether the Defendant was in the military service of the State of New York or the United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid deponent avers that the Defendant is not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and described as the Defendant in this action.

Sworn to me on   May 25, 2010

JOEL GRABER
Notary Public, State of New York
No. 02GR4899723
Qualified in New York County
Expires February 10, 2014

JOSEPH KNIGHT
Notary Public, State of New York
No. 01KN6178241
Qualified in New York County
Expires November 26, 2011

JONATHAN GRABER
Notary Public, State of New York
No. 01GR6156780
Qualified in New York County
Expires December 4, 2010

**BRUCE KUSTKA**

Invoice #: 509057

UNITED PROCESS SERVICE, INC., 3RD FLOOR, 315 BROADWAY, NEW YORK, NY  10007 - (212) 619-0728