CV - 10 - 830

Mark Barber: Din# 12A5337
Clinton Correctional Facility
P.O. Box 2001
Dannemora, New York 12929-2001

August 14, 2014

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ AUG 19 2014 ★

LONG ISLAND OFFICE

Honorable A. Kathleen Tomlison
Alfonse M.D'Amato
United States Courthouse,
Eastern District of New York,
100 Federal Plaza, Central Islip

RE: Notice of Electronic Filing dated 7/7/2014

Honorable Kathleen Tomlison,

On August 13, 2014 I received a copy of an Electronic Filing that was dated 7/7/2014. It stated that if I had any issues to notify the court by July 21, 2014. At the current moment I am unsure of what response or reference was the order. In fact any response that I would have had is now rejected due to time, being that I did not receive the notice until yesterday. I am attempting to represent myself in the best way I can but if I am not going to be notified of what is due of me until after the assigned date, then this entire process if totally prejudicial.

Please explain to me what the court was looking for in reference to Motion to Compel. Also I will appreciate it if I can be provided with notification of prior to its due date. I will do my best in the future to respond in a timely manner.

Respectfully Submitted,

*Mark Barber-*

Mark Barber

To: Amanda J. Marzullo, Esq

CLINTON CORRECTIONAL FACILITY
P. O. BOX————————
DANNEMORA, NEW YORK 12929

NAME: **Mark Barber** DIN#: 12A5337

CONFIDENTIAL
LEGAL MAIL

Honorable A. Kathleen Tomlison
Alfonse M.D'Amato
United States Courthouse,
Eastern District of New York,
100 Federal Plaza, Central Islip

CLINTON
CORRECTIONAL
FACILITY

049J82024561

$00.490
08. 15/2014
Mailed From 12929
US POSTAGE