CV-10-830
CV-10-2032
CV-10-5837
FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ SEP 26 2014 ★

LONG ISLAND OFFICE

Mark Barber: Din# 12A5337
Clinton Correctional Facility
P.O. Box 2001
Dannemora, New York 12929-2001

September 22, 2014

Honorable A. Kathleen Tomlison
Alfonse M.D'Amato
United States Courthouse,
Eastern District of New York,
100 Federal Plaza, Central Islip

**RE:** **Notice of Electronic Filing dated 9/8/2014**

Honorable Kathleen Tomlison,

On September 12, 2014, I received a copy of the Notice of Electronic Filing that was sent in regards to my ability to review all of the materials on the CDs, pertaining to my previously filed motion to compel. As of today, I have not been able to view all of the files on the CDs and in fact sent a Motion to Compel hoping to receive a copy of unredacted files. It seems like the County Defendants are withholding information that would help me to defend myself in this civil case and my criminal appeal.

On June 17, 2014, I sent a Motion to Compel to the Court hoping to get help with the documents that was sent by the Defendants that black out the documents. There are several files on the CDs that do not open at all and the DVD cannot be used because of software issues at the jail.

It was my intention to send a copy of the files that I am unable to view and to print the redacted documents that I am in need of. But I am no longer able to print anything from the CDs due to the jails outdated printer doesn't allow me to.

Hopefully there is something that the Court can do to help resolve these issues. I feel like my hands are tied behind my back stopping me from having the ability to defend myself. If I am wasting my time please let me know that I can't win so that I will stop wasting the courts time by trying to file Motions to Compel for Discovery.

Respectfully Submitted,

Mark Barber

Mark Barber

CLINTON CORRECTIONAL FACILITY
P. O. BOX 2001
DANNEMORA, NEW YORK 12929

NAME: Mark Barber

DIN#: 12A5337

CONFIDENTIAL
LEGAL MAIL

Honorable A. Kathleen Tomlison
Alfonse M.D'Amato
United States Courthouse,
Eastern District of New York,
100 Federal Plaza, Central Islip

11722

CLINTON
CORRECTIONAL
FACILITY

$00.49
09/23/2014
Mailed From 12929
US POSTAGE

